**Motion Granted; Dismissed and Memorandum Opinion filed July 10, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00229-CV

## AGAR CORPORATION, INC., Appellant

### V.

## ELECTRO CIRCUITS INTERNATIONAL, LLC AND SURESH PARIKH, Appellees

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-20480**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an interlocutory order dismissing appellant's claims against appellees signed December 20, 2013. On June 30, 2014, appellant filed a motion to dismiss the appeal without prejudice to re-filing an appeal after a final judgment or other appealable order has been signed. *See* Tex. R. App. P. 42.1. In its motion, appellant states that it has learned that all claims for relief were not addressed in the trial court's summary judgment order.

The motion is granted. Accordingly, the appeal is ordered dismissed without prejudice.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.